FILED

01/14/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 25-0039





# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 25-0039

MEGAN MICHELLE FIECHTNER,

      Petitioner,

    v.

MONTANA TENTH JUDICIAL DISTRICT
COURT, JUDITH BASIN COUNTY,
THE HONORABLE JON A. OLDENBURG,
Presiding,

      Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

---

    Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

    DATED: January 14, 2025

BOWEN GREENWOOD
Clerk of the Supreme Court